MARCEL M. HOLZER, Respondent, v. DEUTSCHE REICHS-
BAHN GESELLSCHAFT et al., Defendants.
SCHENKER & Co., INC., Appellant.

Submitted July 13, 1937; decided October 5, 1937.

*Meyer Grouf* for motion.
*William A. Marden* opposed.

Motion granted and appeal dismissed, with costs and
ten dollars costs of motion.